# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| King, Leo L. | U.S. District Court, W.D. Ky. | 05/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, full-time | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 <br> **to** <br> 12/31/2019 |

**7. Chambers or Office Address**

United States District Court
501 Broadway
Paducah, Ky, 42001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Sherman, Carter, Barnhart, PSC, Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Paducah Bank and Trust, Checking Account | A | Interest | K | T | | | | | |
| 2.   BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 3.   -Wells Fargo Money Market Account | A | Interest | M | T | | | | | |
| 4.   -AT&T Stock | C | Dividend | L | T | | | | | |
| 5.   -Abbot Laboratories Stock | A | Dividend | K | T | | | | | |
| 6.   -Abbvie Inc Stock | B | Dividend | K | T | | | | | |
| 7.   -Archer Daniels Midland Stock | B | Dividend | L | T | | | | | |
| 8.   -Bristol Myers Squibb Stock* | C | Dividend | N | T | Buy<br>(add'l) | 11/21/19 | M | | |
| 9.   -Cegene Corp Stock* | A | Dividend | | | Merged<br>(with line 8) | 11/21/19 | M | G | |
| 10. | | | | | Sold | 11/21/19 | M | G | |
| 11.   -Chevron Corp Stock | C | Dividend | L | T | | | | | |
| 12.   -Comcast Corp Stock | A | Dividend | L | T | | | | | |
| 13.   -Corning Inc Stock | B | Dividend | K | T | | | | | |
| 14.   -Disney Stock | C | Dividend | N | T | | | | | |
| 15.   -Exxon Stock | B | Dividend | K | T | | | | | |
| 16.   -GE Stock | A | Dividend | J | T | Donated<br>(part) | | | | |
| 17.   -General Mills Stock | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | -Halliburton Co Stock | A | Dividend | K | T | | | | | |
| 19. | -Hasbro Inc Stock | B | Dividend | L | T | | | | | |
| 20. | -Intell Corp Stock | C | Dividend | M | T | | | | | |
| 21. | -IBM Stock | C | Dividend | L | T | | | | | |
| 22. | -McCormick & Co Inc Stock | B | Dividend | M | T | | | | | |
| 23. | -Merk & Co. Stock | C | Dividend | M | T | | | | | |
| 24. | -Microsoft Stock | C | Dividend | N | T | | | | | |
| 25. | -Oracle Corp Stock | B | Dividend | M | T | | | | | |
| 26. | -PNC Financial Services Stock | B | Dividend | L | T | | | | | |
| 27. | -Nuveen Invt Fds Inc Real Estate Secs Fund Cl A | C | Dividend | M | T | | | | | |
| 28. | -PIMCO FD PAC INVT MGMT, All Asst Fund Class C | C | Dividend | M | T | | | | | |
| 29. | -Principal Invs Fd Real Estate Secs Fd Cl A | C | Dividend | M | T | | | | | |
| 30. | -Principal Global Div Income Fd | C | Dividend | M | T | | | | | |
| 31. | -Proctor & Gamble Stock | C | Dividend | M | T | | | | | |
| 32. | -Southern Company Stock | B | Dividend | L | T | | | | | |
| 33. | -Vodafone Group Stock | B | Dividend | J | T | | | | | |
| 34. | -WAB TEC stock | A | Dividend | J | T | Spinoff<br>(from line 16) | 02/26/19 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. BROKERAGE ACCOUNT #1A | | | | | | | | | |
| 36. -Kenton Cnty Ky Sch Dist Bond, 491089VN5 | A | Interest | | | Redeemed | 02/01/19 | J | A | |
| 37. -KY St Ppty & Bldgs Bond, 49151E8F3 | A | Interest | | | Redeemed | 08/01/19 | J | A | |
| 38. -Harris Cnty Tx Mun Util Bond, 414972UQ0 | A | Interest | | | Redeemed | 09/03/19 | J | A | |
| 39. -Henry Cnty Ky Sch Dist Bond, 426569MF3 | A | Interest | | | Redeemed | 10/01/19 | J | A | |
| 40. -Leitchfield KY RFDG SER Bond, 525439DV4 | A | Interest | | | Redeemed (part) | 03/25/19 | J | A | |
| 41. | | | | | Redeemed | 11/01/19 | J | A | |
| 42. -KY St Ppty & Bldgs Bond, 49151FLY4 | A | Interest | J | T | | | | | |
| 43. -New Braunfels Tx CTF OBLG Bond, 642526KX4 | A | Interest | | | Redeemed | 03/01/19 | J | A | |
| 44. -Harris Cnty Tx Mun Util Bond, 413956GB3 | A | Interest | | | Redeemed | 09/03/19 | J | A | |
| 45. -Western Ky Univ Rvs Bond, 9585193P3 | A | Interest | J | T | | | | | |
| 46. -Fayette Cnty Ky Sch Dist Bond, 312432UK1 | A | Interest | J | T | | | | | |
| 47. -Hardin Cnty Ky Sch Dist Bond, 411873QM7 | A | Interest | J | T | | | | | |
| 48. -Montgomery Cnty Tx Mun Bond, 613910RT7 | A | Interest | | | Redeemed | 05/23/19 | J | A | |
| 49. -Washington DC Met Area Tran Auth Bond, 938782DX4 | A | Interest | | | Redeemed | 07/01/19 | J | A | |
| 50. -Boone Cnty Ky Sch Dist Bond, 098825YV8 | A | Interest | | | Redeemed | 02/01/19 | J | A | |
| 51. -Fayette Cnty Ky Sch Dist Fin Corp Bond, 31243UR6 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -Miami Dade Cnty Fl W&S Bond, 59334DGQ1 | A | Interest | J | T | | | | | |
| 53. -Harris Cnty Tx Mun Util Bond, 41421LCT3 | A | Interest | J | T | | | | | |
| 54. -Brushy Creek Regl Util Auth Tx Bond, 117467EA4 | A | Interest | J | T | | | | | |
| 55. -Ky St Ppty & Bldgs Commn Revs Bond, 49151FEE6 | A | Interest | | | Redeemed | 10/01/19 | J | A | |
| 56. -Franklin Ky RFDG & Impt Pub Proj Bond, 353622AR4 | A | Interest | | | Redeemed | 12/02/19 | J | A | |
| 57. -Ky St Ppty & Bldgs Commn Revs Bond, 49151E8R7 | A | Interest | J | T | | | | | |
| 58. -Louisville & Jefferson Cnty Ky Met Swr Dist bond, 546589d58 | A | Interest | | | Redeemed | 11/15/19 | J | A | |
| 59. -Kentucky Rural wtr fin corp pub pj rev bond, 49140mun7 | A | Interest | J | T | | | | | |
| 60. -Louisville & Jeff Cnty swr dist bond, 546589rx2 | A | Interest | J | T | | | | | |
| 61. -Ky St Ppty & Bildgs Commn Revs Bds, 49151FYS3 | A | Interest | J | T | Buy | 09/05/19 | J | | |
| 62. -Ky Rural WTR fin corp pub proj rev bds, 49140MN6N4 | A | Interest | J | T | Buy | 12/12/19 | J | | |
| 63. -KY St Ppty & Bldgs Commn Revs Bds, 49151FHF0 | A | Interest | K | T | Buy | 10/17/19 | K | | |
| 64. -Louisville & Jeff Cnty Ky Met Swr & Drain Bd, 546589RP9 | A | Interest | J | T | Buy | 09/10/19 | J | | |
| 65. -Louisville & Jeff Cnty Ky Met Swr & Drain bd, 546589RS3 | A | Interest | J | T | Buy | 11/04/19 | J | | |
| 66. -Ky St TPK Auth Econ Dev Rd Rev bd, 491552YD1 | A | Interest | J | T | Buy | 03/01/19 | J | | |
| 67. -Canyons Sch Dist Ut -Utah Sch Bd, 139078AU3 | A | Interest | J | T | Buy | 05/08/19 | J | | |
| 68. -Ky St Tpk Auth Econ Dev Rd Rev bd, 4915522XT7 | A | Interest | J | T | Buy | 06/06/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Ky St Tpk AuthEcon Dev Rd Rev bd, 491552ZA6 | A | Interest | J | T | Buy | 02/01/19 | J | | |
| 70. -Dallas Tx Wtrwks & Swr rev bd, 2354164X9 | A | Interest | J | T | Buy | 11/22/19 | J | | |
| 71. -Ky Assn of Cntys Fin Corp bd, 491196KB6 | A | Interest | J | T | Buy | 08/12/19 | J | | |
| 72. -Regional Trans Dist Co Sales Tax rev bd, 759136RK2 | A | Interest | J | T | Buy | 02/06/19 | J | | |
| 73. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 74. -Industrial Select Sector SPDR fund | A | Dividend | | | Sold | 10/01/19 | J | A | |
| 75. -Goldman Sachs ETF TR ETF | A | Dividend | K | T | Buy | 07/19/19 | K | | |
| 76. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 77. -Invesco TR Emerging Mkts Sov debt | A | Dividend | K | T | | | | | |
| 78. -Ishares Russell 2000 fund | A | Dividend | L | T | Buy (add'l) | 01/02/19 | J | | |
| 79. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 80. -Ishares Core MSCI emerging markets fund | A | Dividend | K | T | Buy (add'l) | 07/09/19 | J | | |
| 81. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 82. -Ishares Core S&P Midcap fund | A | Dividend | K | T | Buy (add'l) | 11/26/19 | J | | |
| 83. -Ishares Core S&P 500 S&P 500 Index fund | B | Dividend | L | T | Buy (add'l) | 01/02/19 | J | | |
| 84. | | | | | Sold (part) | 04/01/19 | K | C | |
| 85. -Ishares Core US Aggregate Bond Fund | B | Dividend | L | T | Sold (part) | 01/02/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 04/01/19 | K | | |
| 87. | | | | | Sold (part) | 07/12/19 | J | A | |
| 88. | | | | | Sold (part) | 10/01/19 | J | A | |
| 89. -Ishares Edge MSCI Min Vol USA ETF | A | Dividend | K | T | Buy | 10/01/19 | K | | |
| 90. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 91. -Ishares S&P Midcap value fund | A | Dividend | K | T | | | | | |
| 92. -Ishares S&P midcap growth fund | A | Dividend | K | T | | | | | |
| 93. Sector SPDR Technology Select fund | A | Dividend | K | T | Buy (add'l) | 02/19/19 | J | | |
| 94. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 95. -Select Sector SPDR Financial fund | A | Dividend | K | T | | | | | |
| 96. -Select Sector SPDR Health Care fund | A | Dividend | | | Sold | 07/19/19 | K | D | |
| 97. -Select Sector SPDR Consumer Discretionary fund | A | Dividend | K | T | | | | | |
| 98. -SPDR Dow Jones Global Real Estate | A | Dividend | | | Sold | 07/19/19 | K | A | |
| 99. -Vanguard FTSE Developed Mrks fund | B | Dividend | K | T | Sold (part) | 10/01/19 | J | A | |
| 100. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 101. -Vanguard Index fds reas estate index* | A | Dividend | | | Sold | 01/02/19 | J | A | |
| 102. -Vanguard Intl Equity Index emerging mrkts fund | A | Dividend | K | T | Sold (part) | 10/01/19 | K | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Xtrackers USD High Yield Corp Bond Fund | B | Dividend | K | T | Buy | 10/01/19 | K | | |
| 104.  -Vanguard Short Term Corp Bond fund | A | Dividend | | | Sold | 07/19/19 | K | A | |
| 105.  -Wells Fargo Money Market account X | A | Interest | J | T | | | | | |
| 106.  IRA #1 | | | | | | | | | |
| 107.  -Europacific Growth Fd, cl A | A | Dividend | J | T | | | | | |
| 108.  -Growth Fund America, Cl A | A | Dividend | J | T | | | | | |
| 109.  -New Economy Fund SBI Cl A | A | Dividend | J | T | | | | | |
| 110.  -Smallcap World Fd A | A | Dividend | J | T | | | | | |
| 111.  -Wash Mutl Invs Fd Inc, Cl A | A | Dividend | J | T | | | | | |
| 112.  IRA #2 | | | | | | | | | |
| 113.  -Wells Fargo Money Market account X | A | Interest | J | T | | | | | |
| 114.  -Golman Sachs ETF TR ETF US Large Cap | A | Dividend | K | T | Buy | 07/19/19 | K | | |
| 115.  -Industrial Select Sector SPDR fund | A | Dividend | | | Sold | 10/01/19 | J | A | |
| 116.  -Invesco Emerging Mkts Soveriegn debt fund | A | Dividend | J | T | | | | | |
| 117.  -Ishares Russell 2000 fund | A | Dividend | K | T | Buy (add'l) | 01/02/19 | J | | |
| 118.  -Ishares core msci emerging markets fund | A | Dividend | J | T | Buy (add'l) | 07/19/19 | J | | |
| 119.  -Ishares Core S&P Midcap fund | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  -Ishares Core S&P 500 fund | A | Dividend | K | T | Buy (add'l) | 01/02/19 | J | | |
| 121. | | | | | Sold (part) | 04/01/19 | J | A | |
| 122.  -Ishares Core US Aggregate Bond fund | A | Dividend | K | T | Sold (part) | 01/02/19 | J | A | |
| 123. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 124. | | | | | Sold (part) | 07/19/19 | J | A | |
| 125. | | | | | Sold (part) | 10/01/19 | J | A | |
| 126.  -Ishares Edge MSCI ETF Min Vol EUS ETF | A | Dividend | K | T | Buy | 10/01/19 | J | | |
| 127.  -Ishares S&P Midcap 400 value fund | A | Dividend | J | T | | | | | |
| 128.  -Ishares S&P Midcap 400 growth fund | A | Dividend | J | T | | | | | |
| 129.  -SectorSPDR Tr Technology Select sector fund | A | Dividend | J | T | Buy (add'l) | 01/02/19 | J | | |
| 130.  -Select Sector SPDR TR Financial fund | A | Dividend | J | T | | | | | |
| 131.  -Select Sector SPDR FD Health care fund | A | Dividend | | | Sold | 07/19/19 | J | A | |
| 132.  -Select Sector SPDR Fd consumer discretionary fund | A | Dividend | J | T | | | | | |
| 133.  -SPDR Dow Jones Global Real Estate fund | A | Dividend | | | Sold | 07/19/19 | J | A | |
| 134.  -Vanguard FTSE Develeoped Marktets fund | A | Dividend | K | T | Buy (add'l) | 07/19/19 | J | | |
| 135. | | | | | Sold (part) | 10/01/19 | J | A | |
| 136.  -Vanguard Intl Equity Index fds ftse emerging markets | A | Dividend | J | T | Sold (part) | 10/01/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  -Vanguard Index fds real estate index fd | A | Dividend | | | Sold | 01/02/19 | J | A | |
| 138.  -Vanguard Short Term corp bond fund | A | Dividend | | | Sold | 07/19/19 | J | A | |
| 139.  -Xtrackers USD High Yield Corp Bond fund | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 140.  TRUST #1 | | | | | | | | | |
| 141.  -Wells Fargo Money Mrkt Account | A | Int./Div. | J | T | | | | | |
| 142.  -Industrial Select Sector fund | A | Dividend | | | Sold | 10/01/19 | J | A | |
| 143.  -Goldman Sachs Active Beta US Large Cap Equity ETF | A | Dividend | K | T | Buy | 07/19/19 | K | | |
| 144. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 145.  Invesco TR II Emerging MKTS Sovereign Debt (FKA Powershares Em Mar) | A | Dividend | J | T | | | | | |
| 146.  -Ishares Russell 2000 fund | A | Dividend | J | T | | | | | |
| 147.  -Ishares Core S&P MSCI Emerging Markets fund | A | Dividend | J | T | Buy (add'l) | 07/19/19 | J | | |
| 148. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 149.  -Ishares core S&P Midcap fund | A | Dividend | K | T | Buy (add'l) | 01/02/19 | J | | |
| 150. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 151.  -Ishares core S&P 500 fund | A | Dividend | K | T | Buy (add'l) | 01/02/19 | J | | |
| 152. | | | | | Sold (part) | 04/01/19 | J | A | |
| 153. | | | | | Buy (add'l) | 11/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Ishares Core US Aggregate Bond fund | A | Dividend | L | T | Buy (add'l) | 04/01/19 | J | | |
| 155. | | | | | Buy (add'l) | 07/19/19 | J | | |
| 156. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 157.  -Ishares Edge MSCI Min Vol USA ETF | A | Dividend | K | T | Buy | 10/01/19 | J | | |
| 158. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 159.  -Ishares IBOXX$ High Yield Corp Bond | A | Dividend | J | T | | | | | |
| 160.  -Ishares JP Morgan USD Emerging Markets Bond fund | A | Dividend | J | T | Buy (add'l) | 04/01/19 | J | | |
| 161. | | | | | Sold (part) | 07/19/19 | J | | |
| 162.  -Ishares MBS Fund | A | Dividend | J | T | Sold (part) | 10/01/19 | J | A | |
| 163. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 164.  -Sector SPDR Technology Select Sector fund | A | Dividend | J | T | Buy (add'l) | 01/01/19 | J | | |
| 165. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 166.  -Select Sector SPDR Financial fund | A | Dividend | J | T | | | | | |
| 167.  -Select Sector SPDR Health Care fund | A | Dividend | | | Sold | 07/19/19 | J | A | |
| 168.  -Select Sector SPDR Consumer Discretionary fund | A | Dividend | J | T | | | | | |
| 169.  -Spdr Dow Jones Global Real Estate fund | A | Dividend | | | Sold | 07/19/19 | J | A | |
| 170.  -Vanguard FTSE Developed Markets fund | A | Dividend | J | T | Buy (add'l) | 07/19/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 10/01/19 | J | A | |
| 172. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 173. -Vanguard Index FDS Real Estate Index Fund (FKA Vanguard REIT Fund) | A | Dividend | | | Sold | 01/02/19 | J | A | |
| 174. -Vanguard Intermediate Term Corp Bond fund | A | Dividend | K | T | Sold (part) | 01/02/19 | J | A | |
| 175. | | | | | Buy (add'l) | 10/01/19 | J | | |
| 176. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 177. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 178. -Vanguard INTL Equity Index Emerging Mrkts fund | A | Dividend | J | T | Sold (part) | 10/01/19 | J | A | |
| 179. -Vanguard Short Term Corp Bd fund | A | Dividend | J | T | Sold (part) | 10/01/19 | J | A | |
| 180. -Xtrackers USD High Yield Corp Bond fund | A | Dividend | J | T | Buy | 10/01/19 | J | | |
| 181. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 182. TRUST #2 | | | | | | | | | |
| 183. -Well Fargo Money Mrkt Account | A | Interest | J | T | | | | | |
| 184. -Industrial Select Sector SPDR | A | Dividend | | | Sold | 10/01/19 | J | A | |
| 185. -Goldman Sachs ActiveBeta US Large Cacp Equity ETF | A | Dividend | K | T | Buy | 07/19/19 | J | | |
| 186. | | | | | Buy (add'l) | 11/26/19 | J | | |
| 187. -Invesco TR II Emerging Mkts Sovereign Debt fund (FKA Powershares) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. -Ishares Russell 2000 | A | Dividend | J | T | | | | | |
| 189. -Ishares Core MSCI Emerging Markets fund | A | Dividend | J | T | Buy<br>(add'l) | 11/26/19 | J | | |
| 190. -Ishares Core S&P Midcap fund | A | Dividend | K | T | Buy<br>(add'l) | 01/02/19 | J | | |
| 191. | | | | | Buy<br>(add'l) | 11/26/19 | J | | |
| 192. -Ishares core S&P 500 index fund | A | Dividend | K | T | Buy<br>(add'l) | 01/02/19 | J | | |
| 193. | | | | | Sold<br>(part) | 04/01/19 | J | A | |
| 194. | | | | | Buy<br>(add'l) | 11/26/19 | J | | |
| 195. -Ishares Core US Aggregate Bond fund | A | Dividend | K | T | Buy<br>(add'l) | 04/01/19 | J | | |
| 196. | | | | | Buy<br>(add'l) | 07/19/19 | J | | |
| 197. | | | | | Buy<br>(add'l) | 11/26/19 | J | | |
| 198. -Ishares Edge MSCI Min Vol USA ETF | A | Dividend | K | T | Buy | 10/01/19 | J | | |
| 199. | | | | | Buy<br>(add'l) | 11/26/19 | J | | |
| 200. -Ishares IBOXX$ High Yield Corp Bond fd | A | Dividend | J | T | | | | | |
| 201. -Ishares Core MSCI Emerging MKTS fund | A | Dividend | J | T | Buy | 07/19/19 | J | | |
| 202. -Ishares JP Morgan USD Emerging Markets Bond fund | A | Dividend | J | T | Buy<br>(add'l) | 04/01/19 | J | | |
| 203. | | | | | Sold<br>(part) | 07/19/19 | J | A | |
| 204. -Ishares MBS MBB fund | A | Dividend | J | T | Sold<br>(part) | 10/01/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **King, Leo L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Buy<br>(add'l) | 11/26/19 | J | | |
| 206. -Sector SPDR Tr Technology Select sector fund | A | Dividend | J | T | Buy<br>(add'l) | 01/02/19 | J | | |
| 207. | | | | | Buy<br>(add'l) | 11/26/19 | J | | |
| 208. -Select Sector SPDR TR Financial fund | A | Dividend | J | T | Buy<br>(add'l) | 01/02/19 | J | | |
| 209. -Select Sector SPDR fd health care | A | Dividend | | | Sold | 07/19/19 | J | A | |
| 210. -Select Sector SPDR fd consumer discretionary | A | Dividend | J | T | | | | | |
| 211. -SPDR Dow Jones Global Real Estate | A | Dividend | | | Sold | 07/19/19 | J | A | |
| 212. -Vanguard FTSE Developed Markegts ETF fund | A | Dividend | J | T | Buy<br>(add'l) | 07/19/19 | J | | |
| 213. | | | | | Sold<br>(part) | 10/01/19 | J | A | |
| 214. | | | | | Buy<br>(add'l) | 11/26/19 | J | | |
| 215. -Vanguard Index Fds Real Estate Index fd (FKA Vanguard REIT fd) | A | Dividend | | | Sold | 01/02/19 | J | A | |
| 216. -Vanguard Intermediate Term Corp bond fund | A | Dividend | K | T | Sold<br>(part) | 01/02/19 | J | A | |
| 217. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 218. -Vanguard Intl Equity Index fds ftse emerging mkts | A | Dividend | J | T | Sold<br>(part) | 10/01/19 | J | A | |
| 219. -Vanguarde Short Term Corp Bond fd | A | Dividend | J | T | Sold<br>(part) | 10/01/19 | J | A | |
| 220. | | | | | Buy<br>(add'l) | 11/26/19 | J | | |
| 221. Xtrackers USD High Yield Corp Bond fund | A | Distribution | J | T | Buy | 10/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| King, Leo L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Buy<br>(add'l) | 11/26/19 | J | | |
| 223. 401(k) #1 | | | | | | | | | |
| 224. -American Funds Income Fnd R3 | A | Dividend | N | T | | | | | |
| 225. Royal Crown Bottling Corp (2011 Appraisal) | A | Distribution | P1 | Q | | | | | |
| 226. RC Transportation Co. (2010 Appraisal) | F | Distribution | O | Q | | | | | |
| 227. Rental Agricultural Property, Henderson County, Ky ($57,036) | E | Rent | K | S | | | | | |
| 228. POP Investments, LLC (Aggregate Ownership Arrangement) | | | | | | | | | |
| 229. -Trust Govt obligatiosn Tax Managed Fund | A | Interest | | | Buy<br>(add'l) | 01/03/19 | J | | |
| 230. | | | | | Redeemed<br>(part) | 01/07/19 | J | A | |
| 231. | | | | | Redeemed<br>(part) | 01/08/19 | K | A | |
| 232. | | | | | Buy<br>(add'l) | 04/12/19 | J | | |
| 233. | | | | | Buy<br>(add'l) | 04/26/19 | J | | |
| 234. | | | | | Buy<br>(add'l) | 06/17/19 | J | | |
| 235. | | | | | Redeemed<br>(part) | 07/01/19 | J | A | |
| 236. | | | | | Sold | 07/11/19 | K | A | |
| 237. -Federated Government Obligation Premier Fd | | | | | Buy | 07/11/19 | K | | |
| 238. | | | | | Buy<br>(add'l) | 07/31/19 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **King, Leo L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Redeemed<br>(part) | 08/01/19 | J | A | |
| 240. | | | | | Redeemed<br>(part) | 08/06/19 | J | | |
| 241. | | | | | Buy<br>(add'l) | 08/08/19 | J | | |
| 242. | | | | | Buy<br>(add'l) | 08/28/19 | J | | |
| 243. | | | | | Buy<br>(add'l) | 09/12/19 | J | | |
| 244. | | | | | Redeemed<br>(part) | 09/16/19 | K | | |
| 245. | | | | | Buy<br>(add'l) | 11/07/19 | J | | |
| 246. | | | | | Buy<br>(add'l) | 11/08/19 | J | | |
| 247. | | | | | Buy<br>(add'l) | 11/27/19 | J | | |
| 248. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 249. | | | | | Buy<br>(add'l) | 12/19/19 | J | | |
| 250.  -Federal Home Ln Bks DEB | A | Interest | J | T | Buy | 09/16/19 | J | | |
| 251.  -General Dynamics Corp Deb bond | A | Interest | J | T | | | | | |
| 252.  -Carmel In REDEV Auth Lease Rev bond | A | Interest | J | T | | | | | |
| 253.  -Columbus-Franklin Cnty Oh Fin Rev bond | A | Interest | J | T | | | | | |
| 254.  -Connecticut St Hlth & Ed Fac Rev Bond | A | Interest | J | T | | | | | |
| 255.  -Greene Cnty In Bldg Corp Rev bond | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  -Missouri hlth & Ed Fac Rev bond | A | Interest | J | T | | | | | |
| 257.  -New Hope Tx Cult Ed FACS Fin Rev bond | A | Interest | J | T | | | | | |
| 258.  -New Jersey St Econ Dev Auth Rev bond | A | Interest | | | Matured | 06/17/19 | J | A | |
| 259.  -San Francisco City & Cnty txbl bond | A | Interest | J | T | Buy | 07/01/19 | J | | |
| 260.  -South Washington Cnty Mn Ind bond | A | Interest | J | T | | | | | |
| 261.  -University Central Arkansas Rev bond | A | Interest | J | T | | | | | |
| 262.  -West Fargo ND Publ Schl Dist bond | A | Interest | J | T | | | | | |
| 263.  -Apple Inc Bond | A | Interest | J | T | | | | | |
| 264.  -Bank of New York Mellon Corp bond | A | Interest | J | T | | | | | |
| 265.  -Chevron Corp bond | A | Interest | J | T | | | | | |
| 266.  -Cisco Systems Inc bond | A | Interest | J | T | | | | | |
| 267.  -Disney Walt company new med deb bond | A | Interest | J | T | | | | | |
| 268.  -Exxon Mobil Corp bond | A | Interest | J | T | | | | | |
| 269.  -Intel Corp DEB bond | A | Interest | J | T | | | | | |
| 270.  -JP Morgan Chase DEB bond | A | Interest | J | T | | | | | |
| 271.  -Merck & Co DEB bond | A | Interest | J | T | | | | | |
| 272.  -Oracle Corp DEB bond | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  -Pepsico Inc DEB bond | A | Interest | J | T | | | | | |
| 274.  -Phillip Morris Intl Inc DEB bond | A | Interest | J | T | | | | | |
| 275.  -Qualcomm Inc DEB bond | A | Interest | J | T | | | | | |
| 276.  -Simon Property Group LB DEB bond | A | Interest | J | T | | | | | |
| 277.  -Target Corp DEB bond | A | Interest | J | T | | | | | |
| 278.  -TJX Company inc DEB bond | A | Interest | J | T | | | | | |
| 279.  -Visa Inc DEB bond | A | Interest | J | T | | | | | |
| 280.  -Wells Fargo & Co DEB bond | A | Interest | J | T | | | | | |
| 281.  -Gabelli Dividend & Income PFD preferred stock | A | Int./Div. | J | T | | | | | |
| 282.  -Georgia Power Co PFD preferred stock | A | Int./Div. | J | T | | | | | |
| 283.  -Invesco Ex PFD ETF preferred stock | A | Int./Div. | J | T | | | | | |
| 284.  -Public Storage PFD preferred stock | A | Int./Div. | J | T | | | | | |
| 285.  -Franklin Templeton Global Bond Fund | A | Int./Div. | | | Sold | 08/08/19 | J | A | |
| 286.  -Janus Henderson Short Duration fund | A | Dividend | | | Sold | 01/08/19 | J | A | |
| 287.  -Fidelity Overseas fund | A | Dividend | J | T | Buy<br>(add'l) | 08/08/19 | J | | |
| 288.  -Fidelity Select Biotechnology Portfolio fund | A | Dividend | | | Sold | 01/07/19 | J | A | |
| 289.  -Invesco Oppenheimer Developing Markets fund | A | Dividend | K | T | Buy<br>(add'l) | 08/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| King, Leo L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290. | -Vanguard Small cap Index investor class fund | A | Dividend | J | T | Sold (part) | 07/31/19 | K | B | |
| 291. | | | | | | Sold (part) | 08/08/19 | J | A | |
| 292. | -Vanguard Small Cap Value ETF Fund* | A | Dividend | J | T | | | | | |
| 293. | -T Rowe Price Mid Cap Growth | A | Dividend | M | T | Buy (add'l) | 01/07/19 | J | | |
| 294. | | | | | | Buy (add'l) | 08/08/19 | J | | |
| 295. | -Vanguard Explorer Fund | A | Dividend | K | T | Buy | 01/07/19 | J | | |
| 296. | | | | | | Buy (add'l) | 07/31/19 | K | | |
| 297. | | | | | | Buy (add'l) | 08/08/19 | J | | |
| 298. | -Accenture stock | A | Dividend | J | T | Buy | 01/08/19 | J | | |
| 299. | -Alibab Group Holding stock | A | Dividend | J | T | Buy | 08/01/19 | J | | |
| 300. | -Alliant Corp Stock | A | Dividend | J | T | | | | | |
| 301. | -Alphabet Inc stock | A | Dividend | J | T | | | | | |
| 302. | -Amazon Stock | A | Dividend | K | T | Sold (part) | 01/08/19 | J | D | |
| 303. | | | | | | Sold (part) | 08/01/19 | J | D | |
| 304. | -Apache corporation stock | A | Dividend | | | Sold | 01/08/19 | J | A | |
| 305. | -Apple Inc. Stock | A | Dividend | K | T | | | | | |
| 306. | -Bank Amer Corp stock | A | Dividend | J | T | Buy | 01/08/19 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **King, Leo L.** | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  -Berkshire Hathaway inc stock | A | Dividend | J | T | | | | | |
| 308.  -Boeing co stock | A | Dividend | | | Sold (part) | 04/26/19 | J | A | |
| 309. | | | | | Sold | 09/12/19 | J | A | |
| 310.  -Blackstone Group inc stock | A | Dividend | J | T | Buy | 08/01/19 | J | | |
| 311.  -Bristol Myers Squibb stock | A | Dividend | J | T | Buy | 11/29/19 | J | | |
| 312.  -Broadcom LTD stock | A | Dividend | J | T | | | | | |
| 313.  -Caterpillar Inc stock | A | Dividend | J | T | Buy | 08/01/19 | J | | |
| 314.  -Celgene Corp Stock | A | Dividend | | | Sold (part) | 01/08/19 | J | C | |
| 315. | | | | | Sold (part) | 04/12/19 | J | B | |
| 316. | | | | | Sold | 11/29/19 | J | A | |
| 317.  -Chevron Corp Stock | A | Dividend | K | T | Sold (part) | 08/01/19 | J | C | |
| 318.  -Chubb Corp Stock | A | Dividend | | | Sold | 08/01/19 | J | B | |
| 319.  -Costco Whsl Corp stock | A | Dividend | J | T | | | | | |
| 320.  -CSX Corp stock | A | Dividend | J | T | Sold (part) | 08/01/19 | J | A | |
| 321.  -Disney Company stock | A | Dividend | J | T | Buy (add'l) | 01/08/19 | J | | |
| 322.  -East West Bancorp Inc Stock | A | Dividend | K | T | Sold (part) | 08/01/19 | J | B | |
| 323.  -Enbridge Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Exxon Mobil Corp Stock | A | Dividend | J | T | | | | | |
| 325. -Facebook inc stock | A | Dividend | J | T | Buy | 08/06/19 | J | | |
| 326. | | | | | Buy (add'l) | 08/19/19 | J | | |
| 327. -Fidelity Tr MSCI REIT ETF | A | Dividend | J | T | | | | | |
| 328. -General Dynamics Corp stock | A | Dividend | K | T | | | | | |
| 329. -General Electric Co Stock | A | Dividend | J | T | | | | | |
| 330. -Gilead Sciences Inc Stock | A | Dividend | K | T | | | | | |
| 331. -Global x mlp & energy infrastructure etf | A | Dividend | J | T | Buy (add'l) | 01/08/19 | J | | |
| 332. -Home Depot stock | A | Dividend | J | T | Buy (add'l) | 11/21/19 | J | | |
| 333. -Honeywell International stock | A | Dividend | J | T | Buy | 09/16/19 | J | | |
| 334. -Intel Corp Stock | A | Dividend | K | T | Sold (part) | 08/01/19 | J | | |
| 335. -Intuitive Surgical Inc stock | A | Dividend | J | T | Buy | 08/01/19 | J | | |
| 336. -JP Morgan Chase & Co. Stock | A | Dividend | K | T | | | | | |
| 337. -Johnson & Johnson Stock | B | Dividend | K | T | Sold (part) | 01/08/19 | J | A | |
| 338. -Kimberly Clark stock | A | Dividend | J | T | Buy | 08/01/19 | J | | |
| 339. -Linde PLC EUR stock | A | Dividend | J | T | | | | | |
| 340. -Marathon Pete Corp stock | A | Dividend | J | T | Buy | 01/08/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341.  -Marvel Technology stock | A | Dividend | J | T | Buy | 08/01/19 | J | | |
| 342.  -Mastercard inc stock | A | Dividend | J | T | Buy | 08/01/19 | J | | |
| 343. | | | | | Buy<br>(add'l) | 08/09/19 | J | | |
| 344.  -McDonalds Corp stock | A | Dividend | J | T | | | | | |
| 345.  -Medtronic PLC stock | A | Dividend | J | T | Buy<br>(add'l) | 01/08/19 | J | | |
| 346.  -Merk & Co stock | A | Dividend | J | T | Buy | 01/08/19 | J | | |
| 347. | | | | | Buy<br>(add'l) | 11/08/19 | J | | |
| 348.  -Microsoft Corp stock | A | Dividend | J | T | Buy<br>(add'l) | 11/08/19 | J | | |
| 349.  -Mondelez International Inc stock | A | Dividend | J | T | | | | | |
| 350.  -Monster Beverage Corp Stock | A | Dividend | K | T | | | | | |
| 351.  -Netflix inc stock | A | Dividend | | | Sold | 01/03/19 | J | A | |
| 352.  -Nike inc stock | A | Dividend | J | T | | | | | |
| 353.  -Nucor Corp stock | A | Dividend | J | T | | | | | |
| 354.  -Oracle Corp Stock | A | Dividend | K | T | Sold<br>(part) | 08/01/19 | J | B | |
| 355.  -Packaging Corp Amer Stock | A | Dividend | K | T | Sold<br>(part) | 08/01/19 | J | B | |
| 356.  -Palo Alto Networks inc stock | A | Dividend | J | T | Buy | 01/08/19 | J | | |
| 357.  -PayPal Holdings inc stock | A | Dividend | J | T | Buy | 01/08/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 358.  -Pepsico Inc stock | A | Dividend | J | T | | | | | |
| 359.  -PPG INDS inc stock | A | Dividend | J | T | | | | | |
| 360.  -Procter & Gamble Co | A | Dividend | K | T | | | | | |
| 361.  -Prudential Financial stock | A | Dividend | | | Buy (add'l) | 08/01/19 | J | | |
| 362. | | | | | Sold | 08/28/19 | J | A | |
| 363.  -Salesforce.com stock | A | Dividend | J | T | | | | | |
| 364.  -SBA Communications Corp Stock | A | Dividend | | | Sold | 01/08/19 | J | C | |
| 365.  -Sherman WIlliams Co Stock | A | Dividend | J | T | | | | | |
| 366.  -Stryker Corp stock | A | Dividend | J | T | Buy | 01/08/19 | J | | |
| 367.  -T-Mobile US stock | A | Dividend | J | T | Buy (add'l) | 08/01/19 | J | | |
| 368.  -TJX companies stock | A | Dividend | J | T | | | | | |
| 369.  -Unilever stock | A | Dividend | J | T | | | | | |
| 370.  -United Technologies corp stock | A | Dividend | J | T | Buy (add'l) | 08/01/19 | J | | |
| 371.  -United Health Group stock | A | Dividend | J | T | | | | | |
| 372.  -Verizon Communications stock | A | Dividend | J | T | Buy (add'l) | 01/08/19 | J | | |
| 373. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 374.  -Visa inc stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| King, Leo L. | 05/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -Walgreens Boots Alliance Inc stock | A | Dividend | | | Sold | 08/01/19 | J | A | |
| 376. -Waste Management inc stock | A | Dividend | J | T | Buy (add'l) | 09/16/19 | J | | |
| 377. -Pfizer co stock | A | Dividend | | | Buy | 01/08/19 | J | | |
| 378. | | | | | Sold | 11/07/19 | J | A | |
| 379. -IBM stock | A | Dividend | | | Buy | 08/01/19 | J | | |
| 380. | | | | | Sold | 11/08/19 | J | A | |
| 381. -EOG Res inc stock | A | Dividend | | | Buy | 08/01/19 | J | | |
| 382. | | | | | Sold | 11/07/19 | J | A | |
| 383. TRUST #3 | | | | | | | | | |
| 384. -Fifth Third Banksafe Trust Money Market Account | A | Interest | L | T | | | | | |
| 385. -Schwab 1000 Index Fund | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **King, Leo L.** | 05/14/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Vanguard Small Cap Value ETF fund, line 292 on this disclosure, should have been listed as "sold (part) rather than "sold" on line 256 of my 2018 disclosure.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Leo L. King

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544